JOHN A. LUCY *vs.* CHARLES F. WILKINS and others.

December 19, 1884.

Parties to Action—Joinder of Lessee and Guarantor.—A guarantor of the payment of rent accruing on a written lease, whose undertaking is indorsed thereon, may be sued jointly with the principal debtors. *Hammel* v. *Beardsley*, 31 Minn. 314.

Appeal by defendant from an order of the municipal court of Minneapolis, overruling the defendant Jacoby's demurrer to the complaint.

*Thomas Canty*, for appellant.

*F. Hooker*, for respondent.

VANDERBURGH, J. The defendant Jacoby demurs to the complaint, on the ground that he was improperly joined with the other defendants in the suit. They executed a lease to plaintiff's assignor, running five years from its date, June 9, 1883, rent payable monthly in

advance, and at the time of its execution he signed a guaranty in-dorsed thereon as follows: "For value received I hereby guarantee the payment of the rent of the within premises, according to the terms and conditions of said lease, for the term of one year from and after June 1, 1883." The action is for three months' rent accruing within the year and remaining unpaid. The case does not differ in principle from *Hammel* v. *Beardsley,* 31 Minn. 314, where the payee of a note, on its transfer, indorsed thereon an absolute guaranty of payment, and it was held that he might be sued jointly with the maker, and be considered "a surety on the same instrument," within the meaning of Gen. St. 1878, *c.* 66, § 36. It is true that in that case the guar-antor was a party named in the original instrument, but under our statute it cannot be material that the guarantor is a third party, or that his undertaking is indorsed upon the principal agreement instead of being incorporated in it, (*Carman* v. *Plass,* 23 N. Y. 286,) or writ-ten under it. Pomeroy on Remedies, § 410.

Order affirmed, and cause remanded for further proceedings.